```
DENISE LEIGH WOOD
5 DOGWOOD HEIGHTS
VICKSBURG, MS 39180



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438



COLLECTION MANAGEMENT
ATTN: BANKRUPTCY
661 ANDERSEN DRIVE
SUITE 110
PITTSBURGH, PA 15220



KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY
SAN FRANCISCO, CA 94111



RENTDEBT AUTOMATED COL
ATTN: BANKRUPTCY
PO BOX 1367
GOODLETTSVILLE, TN 37070



TOYOTA MOTOR CREDIT
ATTN: BANKRUPTCY
1 HOME CAMPUTE MAC
DES MOINES, IA 50328



WAKEFIELD & ASSOCIATES
ATTN: BANKRUPTCY
320 N CEDAR BLUFF ROAD
 SUITE 300
KNOXVILLE, TN 37923
```