Certificate Number: 17082-MSS-DE-040538915

Bankruptcy Case Number: 25-02652



17082-MSS-DE-040538915

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2026, at 7:04 o'clock PM MST, DENISE WOOD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   January 22, 2026             By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director